IN THE SUPREME COURT OF THE STATE OF NEVADA

BANK OF AMERICA, N.A., S/B/M TO
BAC HOME LOANS SERVICING, LP,
F/K/A COUNTRYWIDE HOME LOANS
SERVICING LP,

Appellant,

vs.

VALENCIA MANAGEMENT LLC,
SERIES 9, A NEVADA LIMITED
LIABILITY COMPANY,

Respondent.

No. 82501

FILED

FEB 0 1 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed.   NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. David M. Jones, District Judge
Charles K. Hauser, Settlement Judge
Akerman LLP/Las Vegas
Clark Newberry Law Firm
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-03333